# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PECK, ANDREW J. | U.S. District Court, S.D.N.Y. | 06/03/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007-1312

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1978-1995 | Paul, Weiss, Rifkind, Wharton & Garrison Pension Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 06/03/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/08/2013 | Exterro (Teaching E-Discovery) | $1,000.00 |
| 2. 01/30/2013 | Legal Tech: ALM (Teaching E-Discovery) | $1,500.00 |
| 3. 01/30/2013 | Legal Tech: Huron Consulting (Teaching E-Discovery) | $1,500.00 |
| 4. 01/31/2013 | Legal Tech: Vaporstream (Teaching E-Discovery) | $1,500.00 |
| 5. 02/19/2013 | Federal Bar Association (Teaching E-Discovery) | $1,500.00 |
| 6. 02/28/2013 | RSA (Guidance) (Teaching E-Discovery) | $1,500.00 |
| 7. 04/7/2013 | Whittier Law School (Teaching E-Discovery) | $1,500.00 |
| 8. 05/05/2013 | IQPC (Teaching E-Discovery) | $1,500.00 |
| 9. 05/08/2013 | Inside Counsel Magazine (Teaching E-Discovery) | $1,500.00 |
| 10. 05/09/2013 | EDiscovery for Govt. Attorneys (Deloitte)(Teaching E-Discovery) | $1,500.00 |
| 11. 05/21/2013 | MER Conference (Teaching E-Discovery) | $1,500.00 |
| 12. 06/11/2013 | EDiscovery for Govt. Employees (Symantec) (Teaching E-Discovery) | $1,500.00 |
| 13. 07/17/13 | Today's General Counsel Magazine (Teaching E-Discovery) | $1,500.00 |
| 14. 08/02/2013 | Federation of Defense & Corp. Counsel (Teaching E-Discovery) | $1,250.00 |
| 15. 08/14/2013 | ESI Roundtable (Teaching E-Discovery) | $1,500.00 |
| 16. 09/26/2013 | Orange Legal Tech. (Teaching E-Discovery) | $1,500.00 |
| 17. 10/01/2013 | Sandpiper (Teaching E-Discovery) | $1,500.00 |
| 18. 12/12/2013 | D4 Discovery Webinar (Teaching E-Discovery) | $1,400.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/01/2013 | 12/31/13 N.Y.C. Board of Education - Pension |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 06/03/2014 |

2. _____

3. _____

4. _____


## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐    NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA & Ave Maria Law School | 1/21-1/25 | Naples & Tampa, FL | Speaker - ABA & Ave Maria Law School Conf.. | Transportation, Lodging & Meals |
| 2. | Atlanta Federal Bar Association | 2/18-2/19 | Atlanta, GA | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 3. | ABA, Guidance Software | 2/26-3/1 | San Francisco, CA | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 4. | Duke Law School | 3/7-3/8 | Durham, NC | Duke Law Board of Visitors Mtg. | Transportation, Lodging & Meals |
| 5. | ABA | 3/19-3/24 | Miami, FL | Speaker - ABA Conf. | Transportation, Lodging & Meals |
| 6. | Whittier Law School | 4/5-4/8 | Los Angeles, CA | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 7. | Duke Law School | 4/19 | Washington, DC | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 8. | IQPC | 5/4-5/7 | San Diego, CA | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 9. | Inside Counsel | 5/7-5/8 | Chicago, IL | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 10. | E-Discovery for Gov't Attorneys (Deloitte) | 5/8-5/9 | Washington, DC | Speaker E-Disc. Conf. | Transportation, Lodging & Meals |
| 11. | Managing Electronic Records Conference | 5/20-5/21 | Chicago, IL | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 12. | Ediscovery for Government Employees | 6/10-6/11 | Washington, DC | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 13. | Federation of Defense and Corporate Counsel | 7/31-8/3 | Colorado Springs, CO | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 14. | Corporate Ediscovery Forum | 8/7-8/11 | Minneapolis, MN | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 15. | ESI Roundtable | 8/12-8/15 | Birmingham, AL | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 16. | Orange Legal Technology | 9/25-9/29 | Salt Lake City, UT | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 17. | EDI | 10/15-10/18 | Santa Monica, CA | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 18. | The Sedona Conference | 11/6-11/8 | Phoenix, AZ | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **PECK, ANDREW J.** | 06/03/2014 |

| | | | | |
|---|---|---|---|---|
| 19. | Duke Law School | 11/14-11/16 | Durham, NC | Duke Law Board of Visitors Mtg | Transportation, Lodging & Meals |
| 20. | Georgetown University Law School | 11/20-11/22 | McLean, VA | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 06/03/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔**    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔**    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Treas.Bills/Notes & SvgsBonds | A | Interest | K | T | | | | | |
| 2. NYS, NYC & NYS Subdivs. Bonds | E | Interest | O | T | | | | | |
| 3. Bristol-Myers-Squib (Common Stock) | A | Dividend | K | T | | | | | |
| 4. Century Telephone (Common Stock) | A | Dividend | J | T | | | | | |
| 5. DWS N.Y. Tax Free Fund | E | Dividend | J | T | | | | | |
| 6. Chase Bank | A | Interest | L | T | | | | | |
| 7. DWS Strategic Value Fund (now DWS Equity Dividend Fund) | A | Dividend | J | T | | | | | |
| 8. Eaton (Ireland) Common | D | Dividend | O | T | | | | | |
| 9. American Express (Common Stock) | A | Dividend | K | T | | | | | |
| 10. GLAXO (ADRs) | A | Dividend | J | T | | | | | |
| 11. Citibank | A | Interest | L | T | | | | | |
| 12. Dreyfus General NY Bond Fund | B | Interest | L | T | | | | | |
| 13. N.Y.C. Teachers Retirement TDA | E | Interest | O | T | | | | | |
| 14. Fidelity Puritan IRA | A | Interest | K | T | | | | | |
| 15. Copeland (457) (IRA) | A | Interest | M | T | | | | | |
| 16. Verizon (common) | A | Dividend | J | T | | | | | |
| 17. Allstate Corp. (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 06/03/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Walt Disney Holding (Common) | A | Dividend | L | T | | | | | |
| 19. Time Warner & Time Warner Cable (Common) | A | Dividend | J | T | | | | | |
| 20. Putnam Growth Fund | A | Dividend | K | T | | | | | |
| 21. Hewlett Packard (Common) | A | Dividend | J | T | | | | | |
| 22. McDonald's (Common) (IRA) | A | Dividend | | | Sold | 8/6/13 | K | E | |
| 23. Oracle (Common) | A | Dividend | K | T | | | | | |
| 24. Pfizer (Common) | A | Dividend | J | T | | | | | |
| 25. Schwab Vanguard Target Retire.Fund(IRA) | D | Interest | N | T | | | | | |
| 26. Putnam Growth Fund (IRA) | A | Interest | K | T | | | | | |
| 27. DWS Scudder S&P 500 Index Fund | A | Dividend | K | T | | | | | |
| 28. Eaton Vance Government Obligation Fund | A | Dividend | J | T | | | | | |
| 29. Seligman Communication Fund | A | Dividend | J | T | | | | | |
| 30. Coca-Cola (Common) | A | Dividend | J | T | | | | | |
| 31. PIMCO N.Y. Municipal Income Fund | A | Dividend | J | T | | | | | |
| 32. ING Principal Protection Fund (IRA) (ING Corporate Leaders) | A | Dividend | K | T | | | | | |
| 33. Zimmer Holdings | A | Dividend | J | T | | | | | |
| 34. Microsoft | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 06/03/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Liberty Global & Liberty Media (Common) | A | Dividend | J | T | | | | | |
| 36. Pioneer Municipal High Income | A | Dividend | K | T | | | | | |
| 37. S&P Depository Receipt | A | Dividend | K | T | | | | | |
| 38. Capitol One Bank | D | Interest | O | T | | | | | |
| 39. Comcast | A | Dividend | J | T | | | | | |
| 40. Discovery Communications | A | Dividend | J | T | | | | | |
| 41. Direct TV | A | Dividend | J | T | | | | | |
| 42. Soverign Bank Account (Santander) | A | Interest | J | T | | | | | |
| 43. TD Bank | A | Interest | J | T | | | | | |
| 44. (Pimco) Total Return Annuity | A | Interest | K | T | | | | | |
| 45. Fidelity 4 in 1 Fund | A | Interest | K | T | | | | | |
| 46. Fidelity Asset Mgr. | A | Interest | K | T | | | | | |
| 47. LOMTO Credit Union | D | Interest | O | T | | | | | |
| 48. Fidelity VIP Strategic Income | A | Dividend | L | T | | | | | |
| 49. Yacktman Fund | A | Dividend | L | T | | | | | |
| 50. (Fidelity) Permanent Portfolio (IRA) | A | Interest | | | Sold | 8/6/13 | J | A | |
| 51. Permanent Portfolio | A | Interest | | | Sold | 8/6/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 06/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Yacktman Focused Service Fund | A | Interest | J | T | | | | | |
| 53. N.Y.C. IRA Funds | A | Dividend | L | T | | | | | |
| 54. MS AAA NY Muni Money Market | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 06/03/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 06/03/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ANDREW J. PECK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544